UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Peter Bono | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | Case No.: 17-17712 MDC |

### ORDER GRANTING DEBTOR'S REQUEST FOR AN EXPEDITED HEARING

AND NOW, this 14th day of November, 2017 upon consideration of the Debtor's Motion for an Expedited Hearing to hear Motion to Impose the Automatic Stay, it is hereby;

ORDERED and DECREED that a hearing will take place on:
Date November 16, 2017
Time 1:00 pm

Debtor's Counsel shall serve said date and time via a Notice on all interested parties, and the Chapter 13 Standing Trustee.

FURTHER ORDERED:

_____
Hon. Magdeline D. Coleman