UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                              Chapter 13

Peter Bono                                          Bankruptcy No. 17-17712-mdc

    Debtor

ORDER OF COURT

AND NOW, to-wit, this 28th day of May, 2019, upon no response to the Motion for Relief from the Automatic Stay and for Co-Debtor Relief filed by U.S. Bank Trust National Association, as Trustee for the Cabana Series III Trust, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is **GRANTED** and that the automatic stay and the co-debtor stay be and hereby vacated and terminated with respect to U.S. Bank Trust National Association, as Trustee for the Cabana Series III Trust, who may take such actions as may be necessary or appropriate with respect enforcing its rights with respect to the Property located 619 Andrew Road, Springfield, PA 19064, *provided under the terms of the loan documents only*, including actions that may or will divest debtor's and co-debtor's rights and interests in the property.

BY THE COURT:

_Magdeline D. C_____
United States Bankruptcy Judge